THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Sedric Govan a/k/a Cedric Green, Appellant.
 
 
 

Appeal From York County
 Howard P. King, Circuit Court Judge

Unpublished Opinion 2005-UP-511
Submitted August 1, 2005  Filed September 2, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Legal Director Teresa A. Knox, Legal Counsel J. Benjamin Aplin and Legal Counsel Tommy Evans, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Sedric Govan pleaded guilty to lewd act upon a minor under the age of sixteen. The trial judge sentenced Govan to ten years imprisonment, suspended upon time served with three years probation.  After Govan violated several conditions of his probation, the judge revoked Govans probation in full.  Govan appeals the revocation of his probation.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Govan attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Govans appeal is without legal merit sufficient to warrant a new trial.  Govan did not file a separate pro se response.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
GOOLSBY, BEATTY, and SHORT, JJ., concur.

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.